IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TROY LOZANO, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    No. 3:17-cv-0034 |
| | )    Judge Trauger |
| CITY OF CLARKSVILLE *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## ORDER

The plaintiff Troy Lozano, proceeding *pro se*, has filed a civil complaint against defendants City of Clarksville ("City") and Officer T. Bell. (ECF No. 1.) Before the court is the plaintiff's application to proceed *in forma pauperis*. (ECF No. 2.) Because it is clear that the plaintiff is financially unable to pay the full filing fee in advance, the plaintiff's application (ECF No. 2) is **GRANTED**.

Having granted the plaintiff leave to proceed *in forma pauperis*, the court must conduct an initial screening of the complaint and dismiss it if it fails to state a claim upon which relief may be granted, is frivolous or malicious, or seeks relief from defendants who are immune from such relief. 28 U.S.C. § 1915(e)(2); *cf. Brewer v. Cleveland Mun. Sch. Dist.*, 84 F. App'x 570, 571-73 (6th Cir. 2003) (affirming a district court's dismissal under § 1915(e)(2) of a complaint filed by a non-prisoner who was proceeding *in forma pauperis*).

Having conducted such a review, as set forth in the accompanying memorandum opinion, the court finds that the complaint fails to allege facts sufficient to state any claims upon which relief may be granted. Accordingly, this action is **DISMISSED**.

The same considerations that lead the court to dismiss this case for failure to state a claim also compel the conclusion that an appeal would not be taken in good faith. It is therefore **CERTIFIED**, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal in this matter by the plaintiff would not be taken in good faith, and the plaintiff will not be granted leave by this court to proceed on appeal *in forma pauperis*.

It is so **ORDERED**.

This is a final order for purposes of Rule 58 of the Federal Rules of Civil Procedure.

ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE